O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN ROCAEL AVALOS HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 5:26-cv-00604-JFW-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation ("R&R") of the U.S. Magistrate Judge (Dkt. 20).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 22) have been made.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered GRANTING the Petition.  The Court adopts the ruling on the application for a temporary restraining order and preliminary injunction (Dkt. 13) as the Court's final judgment, and grants the requested prospective relief for the same reasons.  Specifically, Respondents shall not re-detain Petitioner without providing him a pre-detention hearing before a

neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that (a) Petitioner is a flight risk or a danger such that his physical custody is required, or (b) on account of changed circumstances, there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future.

DATED:  May 26, 2026

Hon. John F. Walter
UNITED STATES DISTRICT JUDGE