JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARWIN ROCAEL AVALOS HERNANDEZ,

　　　　　Petitioner,

　　v.

WARDEN, ADELANTO DETENTION FACILITY, et al.,

　　　　　Respondents.

Case No. 5:26-cv-00604-JFW-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is GRANTED.

DATED:  May 26, 2026

_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE